David Edward May (SBN 083734)
Law Office of Bruce S. Osterman
476 Jackson Street, 3rd Floor
San Francisco CA 94111-1624
(415) 399-3900 tel
(415) 399-3920 fax
dem@bruceosterman.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colleen Stewart,<br>　　　　　　　Plaintiff,<br>　　v.<br>Kevin J. Cassidy,<br>　　　　　　　Defendant. | Civil Action No. 2:14-at-00133<br><br>**COMPLAINT FOR<br>PROFESSIONAL NEGLIGENCE**<br><br>Federal Rules of Civil Procedure, Appendix,<br>Civil Form 11, modified |

1.　**Statement of Jurisdiction.**　The plaintiff is a citizen of the State of Idaho.  The defendant is a citizen of the State of California.  The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

2.　Beginning on July 10, 2012 and continuing until November 15, 2012, at 585 Tahoe Keys Blvd., South Lake Tahoe, California, defendant Kevin J. Cassidy negligently performed dental services on the plaintiff Colleen Stewart.  The dental services performed were below the applicable standard of care.

3.　As a result, the plaintiff was physically injured, lost wages or income, suffered physical and mental pain, and incurred and will incur dental/medical expenses in excess of $50,000.

4.　Plaintiff's attorney sent notice to defendant Kevin J. Cassidy pursuant to Calif. Code of Civ. Proc. §364 on November 11, 2013.

　　　　Therefore, the plaintiff demands judgment against the defendant in excess of $300,000, prejudgment interest pursuant to Calif. C.C.P. §3291, costs of suit, and for any further and additional relief as the court may deem just.

Date:　January 31, 2014　　　　　　　　Law Office of Bruce S. Osterman

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By David Edward May