**ADAMS & CORZINE**
A Professional Corporation
**MICHAEL K. PAZDERNIK, ESQ. SBN 144337**
740 Oak Avenue Parkway, Suite 120
Folsom, CA  95630
Phone:  (916) 983-3900
Fax:  (916) 983-3922

Attorneys for Defendant
KEVIN J. CASSIDY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COLLEEN STEWART, | Case No. 2:14-CV-00326-CKD |
| Plaintiff, | **ORDER EXTENDING DISCOVERY CUT OFF** |
| vs. | **Assigned to** |
| KEVIN J. CASSIDY, | **Magistrate Judge:  Hon. Carolyn K. Delaney** |
| Defendant. | |

THIS COURT, having considered the stipulation of the parties herein, through their attorneys of record, and finding good cause, hereby accepts the stipulation and orders as follows: :

IT IS HEREBY ORDERED that the Court's May 8, 2014 order (as extended by the Court's September 26, 2014 Order as to discovery for Dr. Crane's deposition), remain in full effect, except as to the deposition of defense expert Robert Gillis, Jr. D.M.D.  As to that deposition, discovery shall be completed (as that term is defined in the May 8, 2014 order) by, on or before, January 9, 2014.

Dated:  December 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE