**ADAMS & CORZINE**
A Professional Corporation
**DOUGLAS P. ADAMS, ESQ.   SBN 114448**
**MICHAEL K. PAZDERNIK, ESQ. SBN 144337**
740 Oak Avenue Parkway, Suite 120
Folsom, California 95630
(916) 983-3900

Attorneys for Defendant
KEVIN J. CASSIDY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART, | Case No.: 2:14-cv-00326-CKD |
| Plaintiff, | **ORDER RESTRUCTURING PRE-TRIAL SCHEDULE DUE TO DEATH OF ROBERT GILLIS, D.M.D.** |
| v. | |
| KEVIN J. CASSIDY, | **Assigned to Magistrate Judge:** **Hon. Carolyn K. Delaney** |
| Defendant | *Complaint filed: January 31, 2014* |

THE COURT, having considered the untimely death of defendant's expert Robert Gillis, D.M.D. and the stipulation of the parties concerning the death of this expert and its effects on the upcoming trial, hereby accepts the stipulation, and good cause appearing, hereby renders the following:

IT IS HEREBY ORDERED that:

1. Defendant will be allowed to substitute a new expert in the place of Dr. Gillis.  Such new expert will be designated and disclosed as per the Code of Civil Procedure for California, on or before April 30, 2015.  Defendant will produce said expert promptly for immediate deposition. All parties shall have until, on or before, May 13, 2015 to complete any law and motion matters regarding the discovery of this new expert.

2. As regards the effect of the death on Dr. Gillis on the trial, as Dr. Gillis had performed an Independent Physical Examination and now cannot attend trial, in order to avoid the need for a

-1-
STIPULATION AND ORDER ALLOWING DEFENDANT TO SUBSTITUTE
Case No. 2:14-CV-00326-GEB-CKD

new examination, the parties have agreed that the fact that the new expert designated by defendant did not examine the plaintiff will not be asked by plaintiff for impeachment purposes.  The Court acknowledges that the parties have reserved all rights to request the Court, at trial, to instruct the jury as to Dr. Gillis' death (or any effects thereof) at trial as needed per the evidence presented at the trial.

      3.  The pretrial conference is continued to May 27, 2015 at 11:00 a.m. in courtroom no. 24.

      4.  Trial is continued to June 15, 2015 at 9:00 a.m. in courtroom no. 24.

Dated:  April 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE