UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>        Plaintiff,<br><br>    v.<br><br>KEVIN CASSIDY,<br><br>        Defendant. | No. 2:14-cv-0326 CKD<br><br><br>ORDER |

The parties have filed motions in limine. Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion in limine (ECF No. 40) to redact the word "lesbian" from defendant's medical record dated January 18, 2013 and replaced with the word "ugly" is denied.

   2. Defendant's motion in limine (ECF No. 43) re: evidence contained in learned work is granted. The proffered procedures shall be utilized at trial in the event any party seeks to introduce evidence, for impeachment purposes, that is contained in a treatise, periodical, or pamphlet.

   3. Defendant's motion in limine (ECF No. 44) re: jury disclosure of Dr. Robert Gillis' death is granted. A jury instruction will be given regarding the death of Dr. Gillis.

   4. Defendant's motion in limine (ECF No. 45) re: MICRA applicability and its effect on trial is granted.

5. Defendant's motion in limine (ECF No. 46) to exclude all witnesses from the courtroom until they are called to testify at trial is granted.

6. Defendant's motion in limine (ECF No. 47) to exclude evidence of defendant's professional liability insurance is granted.

7. Defendant's motion in limine (ECF No. 49) to exclude Craig Pulsipher, D.D.S. from rendering any expert opinions relating to prosthodontic standard of care is granted.

Dated:  June 2, 2015

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 stewart0326.motlimine