UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN CASSIDY,<br><br>　　　　　Defendant. | No.  2:14-cv-0326 CKD<br><br><br>ORDER |

　　　　Plaintiff filed an objection to defense exhibit 22, dental records of Brian Galbraith, D.D.S., asserting that the records should be excluded in their entirety.  Defendant has filed a response.  The parties have stipulated that defendant need not authenticate the records.

　　　　Good cause appearing, IT IS HEREBY ORDERED that plaintiff's objection is overruled as premature.  The objection may be renewed at trial if the foundational requirements for use of the records at trial are not met.

Dated:  June 4, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 stewart0326.objexh22