UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLLEEN STEWART,

        Plaintiff,

   v.

KEVIN CASSIDY,

        Defendant.

No.  2:14-cv-0326 CKD

ORDER

      This case was previously tried before a jury.  A mistrial was declared due to the jury being deadlocked.  A settlement conference was held on October 6, 2015.  The matter did not settle. The matter will therefore be set for trial.  Motions in limine need not be refiled; the rulings on the previously filed motions in limine stand.  The court intends to use the jury instructions and verdict form used at the prior trial.

      Accordingly, IT IS HEREBY ORDERED that:

      1. This matter is set for jury trial on January 19, 2016 at 9:00 a.m. in courtroom no. 24.

      2. The pretrial order (ECF No. 38), as amended (ECF No. 66), will govern the trial.

      3. The parties shall comply with the requirements for exhibits and objections thereto, as outlined in the final pretrial order at 9:10-21 and 10:11-16, and the requirements for further trial preparation, as outlined in the final pretrial order at 11:16-26, no later than January 04, 2016.

/////

4. No later than January 04, 2016, the parties shall submit a stipulation regarding the amount of special damages claimed by plaintiff.

Dated: October 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 stewart0326.wafta