UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>        Plaintiff,<br><br>    v.<br><br>KEVIN CASSIDY,<br><br>        Defendant. | No.  2:14-cv-0326 CKD<br><br><br>ORDER |

This matter was previously set for re-trial on January 19, 2016.  Counsel submitted a stipulation regarding moving the trial to a later date.  The proposed dates are not available on the court's calendar.  The court has been advised by counsel that the parties, counsel and witnesses are available for a re-trial commencing on June 6, 2016.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for jury trial on June 6, 2016 at 9:00 a.m. in courtroom no. 24.

2. The pretrial order (ECF No. 38), as amended (ECF No. 66), will govern the trial. Motions in limine need not be refiled; the rulings on the previously filed motions in limine stand. The court intends to use the jury instructions and verdict form used at the prior trial.

3. The parties shall comply with the requirements for exhibits and objections thereto, as outlined in the final pretrial order at 9:10-21 and 10:11-16, and the requirements for further trial preparation, as outlined in the final pretrial order at 11:16-26, no later than May 23, 2016.

1      4. No later than May 23, 2016, the parties shall submit a stipulation regarding the amount of special damages claimed by plaintiff.

Dated: October 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 stewart0326.amdjt