David Edward May (SBN 083734)
Law Office of Bruce S. Osterman
2300 Contra Costa Blvd., Ste. 320
Pleasant Hill CA 94523-3952
(415) 399-3900 tel
(415) 399-3920 fax
dem@bruceosterman.com

Attorneys for Plaintiff
Colleen Stewart

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Colleen Stewart,

                Plaintiff,

  v.

Kevin J. Cassidy,

                Defendant.

No.  2:14-CV-00326-CKD

Stipulation for Order Permitting Additional Discovery and Continuing Trial Date;  [Proposed] Order thereon.

STIPULATION

Pursuant to this honorable Court's order dated October 26, 2015 (Docket No. 108): "No later than May 23, 2016, the parties shall submit a stipulation regarding the amount of special damages claimed by plaintiff," the parties have met and conferred in an effort to comply.  The principle and largest element of special damages claimed by plaintiff is the cost of the full mouth reconstruction that has been implemented by Dr. Michael Gurney starting the end of last year, and which is expected to be completed in June of this year.

In order to evaluate this claim for the purposes of entering into the Court ordered stipulation of special damages, defendant needs to depose both Dr. Gurney regarding his

Stipulation & Order - 1

treatment and charges, and plaintiff Colleen Stewart on the limited issue of special damages. Plaintiff agrees to allow these depositions, and wishes to depose Dr. Theodore Jacobson, defendant's retained expert witness, regarding his response to Dr. Gurney's new testimony.

Accordingly, the parties hereby STIPULATE:

1. that this honorable Court permit the depositions of Dr. Gurney, plaintiff Colleen Stewart and defendant's expert witness Dr. Jacobson regarding special damages incurred since the first trial of this matter; and

2. that the trial of this matter be continued to one of the following dates:

October 3, 2016, October 10, 2016 or November 7, 2016;

3. all pre-trial dates, including the date upon which to file the stipulation of special damages, be continued accordingly.

Dated:       May 6, 2016         Law Office of Bruce S. Osterman

_____
By David Edward May
Attorneys for Plaintiff

Dated:       May 6, 2016         Adams & Corzine, P.C.

  /s/ *Michael K. Pazdernik*            .
By Michael K. Pazdernik
Attorneys for Defendant

Stipulation & Order - 2

ORDER

Having read the foregoing Stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. that the depositions of Dr. Michael Gurney, plaintiff Colleen Stewart and defendant's expert witness Dr. Theodore Jacobson, limited to the issue of special damages incurred since the first trial of this matter, shall take place no later than July 29, 2016; and

2. that the jury trial of this matter be continued to October 3, 2016 at 9:00 a.m. in courtroom no. 24;

3. all pre-trial dates, including the date upon which to file the stipulation of special damages, be continued accordingly.  The stipulation of special damages shall now be filed no later than September 19, 2016.  The parties shall comply with the requirements for exhibits and objections thereto, as outlined in the final pretrial order at 9:10-21 and 10:11-16, and the requirements for further trial preparation, as outlined in the final pretrial order at 11:16-26, no later than September 26, 2016.

Dated:  May 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE