UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN CASSIDY,<br><br>　　　　　　Defendant. | No.  2:14-cv-0326 CKD<br><br><br>ORDER |

The parties have requested a settlement conference in this matter.  The court anticipates that a settlement conference date will soon be obtained.  To facilitate settlement discussions, the court will vacate the currently scheduled trial date so that unnecessary costs are not incurred.  A trial date will again be set if settlement negotiations are unsuccessful.

Accordingly, IT IS HEREBY ORDERED that the trial date of October 3, 2016 is vacated.  Trial will be reset as necessary.  The timing for exhibits and objections thereto are vacated.

Dated: August 1, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 stewart0326.tri.vac

1